# IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re: Debtor(s)

CASE NO. **10-18464**

**INDIVIDUAL DEBTOR ENGAGED IN BUSINESS MONTHLY REPORT**

MONTH OF Sept of 2010

DATE PETITION FILED: 10/10/2010

TAX PAYER ID NO. : 337-486795

Nature of Debtor's Business: Real Estate Investments

Nature of Co-Debtor's Business:

DATE DISCLOSURE STATEMENT FILED ______ TO BE FILED ______

DATE PLAN OF REORGANIZATION FILED ______ TO BE FILED ______

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE**

**RESPONSIBLE PARTY:**

ORIGINAL SIGNATURE OF DEBTOR

Jane Chang
PRINTED NAME OF DEBTOR

8/10/2010
DATE

ORIGINAL SIGNATURE OF CO-DEBTOR

PRINTED NAME OF CO-DEBTOR

DATE

**PREPARER:**

ORIGINAL SIGNATURE OF PREPARER

Jane Chang
PRINTED NAME OF PREPARER

TITLE

DATE

**PERSON TO CONTACT REGARDING THIS REPORT:** Jane Chang

PHONE NUMBER: 480-229-5989

ADDRESS: 15972 N. 115th Way, Scottsdale Az 85255

**FILE REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE**

10-18464

Sept 10

# CASH SUMMARY
# INDIVDUAL DEBTOR

| | Post-Petition Debtor-in-Possession Accounts | | | | TOTAL |
|---|---|---|---|---|---|
| | Cash | Checking | Savings | | |
| | Personal | # Business | # | # | |
| Balance at Beginning of Period | 3108.26 | 19162.35 | | | 22270.61 |

| RECEIPTS | | | | | |
|---|---|---|---|---|---|
| Wages - Debtor | 7762.26 | | | | 7762.26 |
| Wages - Co-Debtor | | | | | |
| Loans and Advances | | 1010.80 | | | 1010.80 |
| ~~Sale of Assets~~ Rent | 1975 | 16828.90 | | | 18803.90 |
| Gifts (money) | | | | | |
| Transfers from Other DIP Accounts | | | | | |
| Other (attach list) | | | | | |
| | | | | | |
| **TOTAL RECEIPTS** | 9737.26 | 17839.90 | | | 27577.16 |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL DISBURSEMENTS** | 6718.05 | 8421.60 | | | 15139.65 |
| **Balance at End of Month** | 3019.28 | 9418.10 | | | 12437.31 |

| CREDIT CARD ACTIVITY | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name<br>Acct # | | | | |
| Name<br>Acct # | | | | |
| Name<br>Acct # | | | | |

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements - Individual DIP Accounts (from above) | 15139.65 |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | 0 |
| Plus: Payroll Deductions (from page 3) | 6223.96 |
| Plus: Total Business Disbursements for Calculating Quarterly Fees (from page 4) | |
| Less: Transfers between debtor-in-possession bank accounts | 0 |
| **Total Disbursements for Calculating Quarterly Fees** | |

| 10-18464 | Personal |
|---|---|

*PLEASE ATTACH COPIES OF BANK STATEMENTS*

# DISBURSEMENT DETAIL
(INDIVIDUAL ACCOUNTS)

**Month:** 9/2010
**Account #** 873007645
**Bank Name** Chase

**Cash/Electronic Disbursements**

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| 9/9/10 | Maj Pools | Service + Repair | 275.36 |
| 9/2/10 | Royal Poinciana | HOA | 520.56 |
| 9/14/10 | N W Mutual | Insurance | 224.81 |
| 9/20/10 | u promise | Education | 200 |
| 9/13/10 | Cash | Lunch + Household | 50 |
| | | | |
| | | Total Cash/Electronic Disbursements | 1270.73 |

**CHECKS ISSUED**

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| 5002 | 9/8/10 | Chase | primary Home Mtg. | 1686.19 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total checks listed on this page** | | | | 1686.19 |
| **Total checks listed on continuation pages** | | | | 0 |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | 6718.05 |
|---|---|

| Salary / Payroll | Pay Date | Gross Pay | less Net Pay | = Payroll Deductions |
|---|---|---|---|---|
| Debtor | 9/2/10 | 4630.77 | 2566.12 | 2074.65 |
| | 9/16/10 | 4630.77 | 2566.12 | 2074.65 |
| | 9/30/10 | 4630.77 | 2556.11 | 2074.66 |
| | | | | |
| Co-Debtor | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **Total Payroll Deductions - report on page 2** | 6223.96 |

10-18464

9/2010

DBA BUSINESS ENTITY

## CURRENT MONTH'S RECEIPTS AND DISBURSEMENTS

| Business Total | BANK ACCOUNTS | | | | Total |
|---|---|---|---|---|---|
| | | Operating | Payroll | Tax | |
| | Total | # | # | # | |
| Balance at Beginning of Period | 1916235 | | | | 1,9162,35 |
| **RECEIPTS** | | | | | |
| ~~Cash Sales~~ Rent | 18803.90 | | | | 18803.90 |
| Accounts Rceivable - Prepetition | | | | | |
| Accounts Rceivable - Postpetition | | | | | |
| Loans and Advances | 1010.80 | | | | 1010.80 |
| Sale of Assets | | | | | |
| Transfers from Other DIP Accounts | | | | | |
| Other (attach list) | | | | | |
| | | | | | |
| TOTAL RECEIPTS | 19814.70 | | | | 19814.70 |
| **DISBURSEMENTS** | | | | | |
| ~~Business - Ordinary Operations~~ utilities | | | | | |
| ~~Capitol~~ Improvements | 400.71 | | | | 400.71 |
| ~~Pre-Petition Debt~~ Mtg | 4417.75 | | | | 6463.35 |
| Transfers to Other DIP Accounts | 1197.08 | | | | 1197.08 |
| ~~Other (attach list)~~ HOA | | | | | |
| Refund Deposit | 2021.60 | | | | |
| Service | 3600.46 | | | | 360.46 |
| **Reorganization Expenses:** | | | | | |
| Attorney Fees | | | | | |
| Accountant Fees | | | | | |
| Other Professional Fees | | | | | |
| U. S. Trustee Quarterly Fee | | | | | |
| Court Costs | | | | | |
| | | | | | |
| **TOTAL DISBURSEMENTS** | 8421.60 | | | | 8421.60 |
| Balance at End of Month | 9418.10 | | | | 9418.10 |

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | |
| Less: Transfers to Other DIP Accounts | |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| **Disbursements for Calculating Quarterly Fees (carry forward to page 2)** | |

| | Jane Chang (Case# 10-18464) | | | September | 9/1/10 -9/30/10 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Personal | Rental -1 | | Rental -2 | Rental -3 | Rental -4 | Rental -5 | Rental -6 | Rental -7 | | | |
| | 15972 N 115th Way, Scottsdale, AZ 85255 (Primary) | 103 Via Poinciana st , Boca Raton, FL 33487 | Personal Total | 20446 N. 95th St Scottsdale AZ 85255 | 3965 E Hashknife Rd, Phx AZ 85050 | 17665 N 98th way Scottsdale, AZ 85255 | 20704 N. 90th Place, #1005, Scottsdale, AZ 85255 | 15024 N 102nd St, Scottsdale, AZ 85255 | 15453 W Surrey Dr, Surprise AZ 85379 | Ching Hwa Inv Total | Rental Total | Personal + Rental |
| **LLC Name** | Personal | | | Chatties | Chatties H II | Chatties H IV | Chatties H VI | Ching Hwa Inv | | | | |
| **Account #** | 873007645 | | | 907536395 | 907536767 | 873007876 | 907536379 | 907536387 | | | | |
| **Prev. Balence** | ***3108.26*** | | **3108.26** | **7193.30** | **2602.13** | **2957.64** | **972.29** | ***4077.16*** | ***1359.83*** | **5436.99** | **19162.35** | **22270.61** |
| Paystub/Rent | *7668.36* | *1975.00* | 9643.36 | 2650.00 | 5200.00 | 3200.00 | 2200.00 | *1850.00* | *1728.90* | 3578.90 | 16828.90 | 26472.26 |
| Receipt | *93.90* | | 93.90 | | | 1010.80 | | | | | 1010.80 | 1104.70 |
| **Total Income** | ***7762.26*** | ***1975.00*** | ***9737.26*** | ***2650.00*** | ***5200.00*** | ***4210.80*** | ***2200.00*** | ***1850.00*** | ***1728.90*** | ***3578.90*** | ***17839.70*** | ***27576.96*** |
| Mortgage/Refund | 1686.19 | | 1686.19 | | 2021.60 | 3058.68 | 1383.07 | | | 0.00 | 6463.35 | 8149.54 |
| HOA | | *520.56* | 520.56 | 188.75 | 166.03 | 250.00 | 339.75 | *252.55* | | 252.55 | 1197.08 | 1717.64 |
| Service | *575.36* | *816.60* | 1391.96 | 336.46 | | 12.00 | 12.00 | | | 0.00 | 360.46 | 1752.42 |
| Repair | *678.00* | | 678.00 | 208.34 | | | | *115.27* | *77.10* | 192.37 | 400.71 | 1078.71 |
| Household | *961.85* | | 961.85 | | | | | | | 0.00 | 0.00 | 961.85 |
| Food | *685.68* | | 685.68 | | | | | | | 0.00 | 0.00 | 685.68 |
| Transfer | | | 0.00 | | | | | | | 0.00 | 0.00 | 0.00 |
| Medical | *254.00* | | 254.00 | | | | | | | 0.00 | 0.00 | 254.00 |
| Insurance | *274.81* | | 274.81 | | | | | | | 0.00 | 0.00 | 274.81 |
| Gas | *265.00* | | 265.00 | | | | | | | | 0.00 | 265.00 |
| **T. Disburse** | ***5380.89*** | | ***6718.05*** | **733.55** | **2187.63** | **3320.68** | **1734.82** | **367.82** | **77.10** | **444.92** | **8421.60** | **15139.65** |
| Attorney Fee | | | 0.00 | | | | | | | 0.00 | 0.00 | 0.00 |
| US Trustee fee | | | 0.00 | | | | | | | 0.00 | 0.00 | 0.00 |
| **Total Expanses** | ***5380.89*** | | **6718.05** | **733.55** | **2187.63** | **3320.68** | **1734.82** | ***367.82*** | ***77.10*** | **444.92** | **8421.60** | **15139.65** |
| **This Month Balance** | **2381.37** | **1975.00** | **3019.21** | **1916.45** | **3012.37** | **890.12** | **465.18** | **1482.18** | **1651.80** | **3133.98** | **9418.10** | **12437.31** |
| **Cumulative Balance** | **5489.63** | **1975.00** | **6127.47** | **9109.75** | **5614.50** | **3847.76** | **1437.47** | **5559.34** | **3011.63** | **8570.97** | **28580.45** | **34707.92** |



10-18464

# INCOME STATEMENT

(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|
| Gross Revenue | 27576.96 | 80399.54 | 80399.54 |
| Less: Returns & Discounts | | | |
| Net Revenue | | | |
| **COST OF GOODS SOLD** | | | |
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |
| GROSS PROFIT | | | |
| **OPERATING EXPENSES** | | | |
| Officer/Insider Compensation | | | |
| Selling & Marketing (attach detail) | | | |
| General & Administrative (attach detail) | | | |
| Other Expenses (attach detail) | | | |
| Total Operating Expenses | 15139.65 | 45691.62 | 45691.62 |
| Income Before Non-operating Income and Expense | | | |
| **OTHER INCOME & EXPENSE** | | | |
| Other Income (attach list) | | | |
| Other Expense (attach list) | | | |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | | | |
| Income Before Reorganization Expense | | | |
| **REORGANIZATION EXPENSES** | | | |
| Professional Fees | | | |
| U.S. Trustee Fees | | | |
| Other (attach list) | | | |
| Total Reorganization Expenses | | | |
| Income Tax | | | |
| NET PROFIT OR (LOSS) | 12437.31 | 34707.92 | 34707.92 |



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

September 01, 2010 through September 30, 2010
Account Number: **000000873007645**

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00017570 DRE 601 211 27410 - NNNNN 1 000000000 63 0000
JANE NI CHANG
DEBTOR IN POSSESSION
CASE #1018464
15972 N 115TH WAY
SCOTTSDALE AZ 85255-8933



## CHECKING SUMMARY

Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$3,108.62** |
| Deposits and Additions | 8 | 9,737.26 |
| Checks Paid | 1 | - 1,686.19 |
| ATM & Debit Card Withdrawals | 56 | - 3,261.49 |
| Electronic Withdrawals | 6 | - 1,270.73 |
| Fees and Other Withdrawals | 1 | - 500.00 |
| **Ending Balance** | **72** | **$6,127.47** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | Card Purchase Return 08/30 U R* Marshalls #0457 Scottsdale AZ Card 8991 | $18.57 |
| 09/02 | C4 Systems, Inc. Dir Dep PPD ID: 1510421115 | 2,556.12 |
| 09/08 | Deposit | 1,975.00 |
| 09/16 | C4 Systems, Inc. Dir Dep PPD ID: 1510421115 | 2,556.12 |
| 09/20 | Card Purchase Return 09/18 U R* Best Buy Mht 00 Scottsdale AZ Card 8991 | 26.39 |
| 09/20 | Card Purchase Return 09/17 U R* Stein-Mart #340 Scottsdale AZ Card 8991 | 16.28 |
| 09/30 | Card Purchase Return 09/28 U R* Ross Store #363 Scottsdale AZ Card 8991 | 32.67 |
| 09/30 | C4 Systems, Inc. Dir Dep PPD ID: 1510421115 | 2,556.11 |
| **Total Deposits and Additions** | | **$9,737.26** |



September 01, 2010 through September 30, 2010
Account Number: **000000873007645**

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

**1. Write in the Ending Balance shown on this statement:** **Step 1 Balance: $__________**

**2. List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**Step 2 Total: $__________**

**3. Add Step 2 Total to Step 1 Balance.** **Step 3 Total: $__________**

**4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Step 4 Total: -$__________**

**5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance: $__________**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**



September 01, 2010 through September 30, 2010
Account Number: **000000873007645**



## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 5002 ^ | | 09/08 | $1,686.19 |
| **Total Checks Paid** | | | **$1,686.19** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | Card Purchase 08/30 U R* Marshalls #0457 Scottsdale AZ Card 8991 | $3.27 |
| 09/02 | Card Purchase W/Cash 09/02 Frys Food & Drug 7770 Scottsdale AZ Card 8991 Purchase $2.33 Cash Back $100.00 | 102.33 |
| 09/02 | Card Purchase W/Cash 09/02 Fresh & Easy #1399 Scottsdale CA Card 8991 Purchase $1.99 Cash Back $50.00 | 51.99 |
| 09/03 | Card Purchase W/Cash 09/02 Sprouts Farmers Mrkt Scottsdale AZ Card 8991 Purchase $12.28 Cash Back $100.00 | 112.28 |
| 09/03 | Card Purchase W/Cash 09/02 Costco Whse #0427 Scottsdale AZ Card 8991 Purchase $84.51 Cash Back $60.00 | 144.51 |
| 09/07 | Card Purchase 09/02 U R* Dolrtree 2651 00 Scottsdale AZ Card 8991 | 5.08 |
| 09/07 | Card Purchase 09/02 U R* 99-Cents-Only #1 Scottsdale AZ Card 8991 | 7.26 |
| 09/07 | Card Purchase 09/03 U R* 99-Cents-Only #1 Scottsdale AZ Card 8991 | 25.94 |
| 09/07 | Card Purchase W/Cash 09/06 Lee Lee Oriental Marke Chandler AZ Card 8991 Purchase $14.39 Cash Back $100.00 | 114.39 |
| 09/07 | Recurring Card Purchase 09/03 U R* Cox*Phoenix Com 602-277-100 AZ Card 8991 | 54.15 |
| 09/08 | Card Purchase 09/07 U R* Medco Health FT 800-888-701 TX Card 8991 | 62.50 |
| 09/13 | Card Purchase 09/09 U R* Southwestair52621240 Dallas TX Card 8991 | 272.30 |
| 09/13 | Card Purchase 09/09 U R* Southwestair52621240 Dallas TX Card 8991 | 272.30 |
| 09/13 | Card Purchase 09/09 U R* Southwestair52621240 Dallas TX Card 8991 | 272.30 |
| 09/13 | Card Purchase 09/09 U R* Southwestair52621240 Dallas TX Card 8991 | 119.40 |
| 09/13 | Card Purchase 09/10 U R* 99-Cents-Only #1 Scottsdale AZ Card 8991 | 11.96 |
| 09/13 | Card Purchase W/Cash 09/10 Costco Whse #0427 Scottsdale AZ Card 8991 Purchase $38.05 Cash Back $60.00 | 98.05 |
| 09/13 | Card Purchase 09/11 U R* Best Buy Mht 00 Scottsdale AZ Card 8991 | 13.04 |
| 09/13 | Card Purchase 09/11 U R* Wm Supercenter Scottsdale AZ Card 8991 | 2.11 |
| 09/13 | Card Purchase With Pin 09/11 Samsclub #6241 Scottsdale AZ Card 8991 | 108.18 |
| 09/13 | Card Purchase With Pin 09/12 Samsclub #6241 Scottsdale AZ Card 8991 | 124.28 |
| 09/13 | Card Purchase 09/12 U R* Samsclub 6241 GA Scottsdale AZ Card 8991 | 20.63 |
| 09/14 | Card Purchase W/Cash 09/14 Target T0936 Scottsda Scottsdale AZ Card 8991 Purchase $17.14 Cash Back $40.00 | 57.14 |
| 09/15 | Card Purchase 09/15 U R* LA Fitness-Scott Scottsdale AZ Card 8991 | 15.47 |
| 09/16 | Recurring Card Purchase 09/15 U R* LA Fitness 949-255-8100 CA Card 8991 | 10.00 |
| 09/17 | Card Purchase 09/16 U R* Best Buy 00 Scottsdale AZ Card 8991 | 17.41 |
| 09/17 | Card Purchase W/Cash 09/17 Costco Whse #0427 Scottsdale AZ Card 8991 Purchase $48.86 Cash Back $60.00 | 108.86 |
| 09/17 | Card Purchase With Pin 09/17 Sam's Club Scottsdale AZ Card 8991 | 124.26 |
| 09/17 | Recurring Card Purchase 09/16 U R* Cox*Phoenix Com 602-277-100 AZ Card 8991 | 34.71 |
| 09/17 | Recurring Card Purchase 09/16 U R* Nfi*Www.Netflix Netflix.Com CA Card 8991 | 9.83 |







## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/20 | Card Purchase 09/16 U R* Party City #236 Scottsdale AZ Card 8991 | 1.72 |
| 09/20 | Card Purchase 09/16 U R* Frys-Food-Drg #1 Scottsdale AZ Card 8991 | 69.25 |
| 09/20 | Card Purchase 09/17 U R* Wal-Mart #2766 Scottsdale AZ Card 8991 | 5.43 |
| 09/20 | Card Purchase 09/17 U R* Michaels #2009 Scottsdale AZ Card 8991 | 8.50 |
| 09/20 | Card Purchase 09/18 U R* Joann Etc #1965 Phoenix AZ Card 8991 | 3.92 |
| 09/20 | Card Purchase W/Cash 09/18 Costco Whse #0427 Scottsdale AZ Card 8991 Purchase $9.29 Cash Back $60.00 | 69.29 |
| 09/21 | Card Purchase 09/19 U R* Harkins Theatres Scottsdale AZ Card 8991 | 11.00 |
| 09/21 | Card Purchase 09/19 U R* Circle K 09170 Scottsdale AZ Card 8991 | 10.25 |
| 09/22 | Card Purchase 09/20 U R* 99-Cents-Only #1 Scottsdale AZ Card 8991 | 5.08 |
| 09/22 | Card Purchase With Pin 09/22 Costco Gas #0427 Scottsdale AZ Card 8991 | 42.61 |
| 09/22 | Card Purchase W/Cash 09/22 Frys Food & Drug 1045 Scottsdale AZ Card 8991 Purchase $2.04 Cash Back $100.00 | 102.04 |
| 09/22 | Card Purchase With Pin 09/22 Costco Whse #0427 Scottsdale AZ Card 8991 | 27.41 |
| 09/23 | Card Purchase 09/21 U R* Mayo Hosp Food Serv Phoenix AZ Card 8991 | 4.95 |
| 09/23 | Card Purchase 09/21 U R* Joann Etc #1965 Phoenix AZ Card 8991 | 4.95 |
| 09/24 | Card Purchase W/Cash 09/24 Fresh & Easy #1399 Scottsdale CA Card 8991 Purchase $1.99 Cash Back $50.00 | 51.99 |
| 09/27 | Card Purchase 09/24 U R* 99-Cents-Only #1 Scottsdale AZ Card 8991 | 6.10 |
| 09/27 | Card Purchase 09/24 U R* Tjmaxx #0150 Scottsdale AZ Card 8991 | 19.60 |
| 09/27 | Card Purchase 09/25 U R* Bed Bath & Beyond # Phoenix AZ Card 8991 | 10.92 |
| 09/27 | Card Purchase 09/25 U R* Dsw Shoe Wareh00291 Phoenix AZ Card 8991 | 52.38 |
| 09/27 | Card Purchase 09/25 U R* Wm Supercenter Scottsdale AZ Card 8991 | 9.74 |
| 09/28 | Card Purchase 09/26 U R* Ross Store #363 Scottsdale AZ Card 8991 | 39.19 |
| 09/28 | Card Purchase 09/27 U R* Fry's Electronics #1 Tempe AZ Card 8991 | 54.63 |
| 09/28 | Card Purchase With Pin 09/28 Sam's Club Scottsdale AZ Card 8991 | 101.40 |
| 09/28 | Card Purchase With Pin 09/28 Wal-Mart #2766 Scottsdale AZ Card 8991 | 104.31 |
| 09/30 | Card Purchase 09/29 U R* Samsclub 6241 GA Scottsdale AZ Card 8991 | 36.23 |
| 09/30 | Card Purchase 09/29 U R* Radioshack Cor00 Scottsdale AZ Card 8991 | 32.67 |
| **Total ATM & Debit Card Withdrawals** | | **$3,261.49** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/02 | 09/02 Online Payment 882847207 To The Royal Poinciana Poa | $520.56 |
| 09/09 | 09/09 Online Payment 904824250 To May Pools | 275.36 |
| 09/14 | Northwestern Mu Isa Paymnt PPD ID: 9000596067 | 274.81 |
| 09/20 | Upromise Invmnts Achcntribs 000009298621052 Web ID: 1043515107 | 100.00 |
| 09/20 | Upromise Invmnts Achcntribs 000009298621052 Web ID: 1043515107 | 50.00 |
| 09/20 | Upromise Invmnts Achcntribs 000009298621052 Web ID: 1043515107 | 50.00 |
| **Total Electronic Withdrawals** | | **$1,270.73** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/13 | 09/11 Withdrawal | $500.00 |
| **Total Fees & Other Withdrawals** | | **$500.00** |



September 01, 2010 through September 30, 2010
Account Number: **000000873007645**

## REWARDS SUMMARY

Chase Ultimate Rewards Business Debit Card







| DATE | DESCRIPTION | POINTS |
|---|---|---|
| 09/30 | Purchases shown above with a DC* earn points. Purchases made with your PIN do not earn points. | |
| | Welcome to Ultimate Rewards with points that never expire, travel options with no blackout dates, unlimited potential to earn points, and the ability to reward yourself with almost anything you can imagine. | |
| | Visit chase.com/UltimateRewards for details. | |
| | Debit Card ending 8991 - Points from purchases | 1,521 |
| | Debit Card ending 8991 - Total points balance as of 09/29/10 | 6,380 |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 09/01 | $3,123.92 | 09/17 | 4,581.58 |
| 09/02 | 5,005.16 | 09/20 | 4,266.14 |
| 09/03 | 4,748.37 | 09/21 | 4,244.89 |
| 09/07 | 4,541.55 | 09/22 | 4,067.75 |
| 09/08 | 4,767.86 | 09/23 | 4,057.85 |
| 09/09 | 4,492.50 | 09/24 | 4,005.86 |
| 09/13 | 2,677.95 | 09/27 | 3,907.12 |
| 09/14 | 2,346.00 | 09/28 | 3,607.59 |
| 09/15 | 2,330.53 | 09/30 | 6,127.47 |
| 09/16 | 4,876.65 | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 62 |
| Deposits / Credits | 4 |
| Deposited Items | 1 |
| **Transaction Total** | **67** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |





## Introducing
## Chase Loan for Hire!

**Get up to 2% Off Our Lowest Rates in Years with the First Loan that Rewards you for Growing Your Business**

**Part of our $10 Billion Business Lending Promise**

- .50% off for each new employee hired in 2010, up to 3
- Plus, get .50% off if you have a Chase business checking account

**Visit your local Chase branch or go to chase.com/LoanForHire today.**

Some restrictions, eligibility requirements, and fees may apply. All lines of credit are subject to credit approval by JPMorgan Chase Bank, N.A. Credit approval will depend on the credit profiles of the business and any guarantors, the line amount and the availability of property as collateral in which Chase can obtain first lien position. Businesses with annual sales revenues of $10 million or less are eligible. Offer applies to new lines of credit between $10,000 and $250,000 and to existing lines which are increased by $10,000 or more. Chase reserves the right to cancel this offer anytime without notice; however, this offer will still apply to lines that are already booked and applications for lines that are being processed prior to cancellation. Lines will be evidenced by Chase documentation for the Chase Business Line of Credit. Offer not valid in combination with any other lending offer. Lines must be opened by December 31, 2010 to be eligible for this offer. Chase may ask for additional information as borrower's request for credit is processed.

**Interest rate reduction for hiring new employees:** On or before December 31, 2010, borrower must provide certification satisfactory to Chase that borrower has (i) during the period beginning on June 29, 2010 and ending on December 31, 2010, increased the net number of persons employed by borrower and (ii) with respect to each such person, retained a completed Form I-9. Any interest rate reduction will become effective 14 to 30 days following Chase's receipt of borrower's certification. Chase will reduce the rate at which interest would otherwise accrue to the unpaid principal balance of the promissory note by 0.50% of each such net increase of person employed by borrower, up to three persons and a maximum interest rate reduction of 1.50%.

**Interest rate reduction for having Business checking:** If the Chase business checking account is ever closed, the additional 0.50% rate reduction will no longer apply.

Federal law requires all financial institutions to obtain, verify, and record information that identifies each person or business that opens an account.

© 2010 JPMorgan Chase Bank, N.A. Member FDIC. Equal Opportunity Lender.



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

September 01, 2010 through September 30, 2010
Account Number: **000000907536395**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00071384 DRE 601 141 27410 - NNNNN T 1 000000000 65 0000
CHATTIES LLC
DEBTOR IN POSSESSION
CASE #1018464
15972 N 115TH WAY
SCOTTSDALE AZ 85255-8933



## CHECKING SUMMARY

Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$7,193.30** |
| Deposits and Additions | 1 | 2,650.00 |
| Checks Paid | 1 | - 2,650.00 |
| ATM & Debit Card Withdrawals | 3 | - 208.34 |
| Electronic Withdrawals | 4 | - 525.21 |
| **Ending Balance** | 9 | **$6,459.75** |

Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | Deposit 140863477 | $2,650.00 |
| **Total Deposits and Additions** | | **$2,650.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1001 ^ | | 09/08 | $2,650.00 |
| **Total Checks Paid** | | | **$2,650.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.





## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

**1. Write in the Ending Balance shown on this statement:** **Step 1 Balance: $______________**

**2. List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**Step 2 Total: $______________**

**3. Add Step 2 Total to Step 1 Balance.** **Step 3 Total: $______________**

**4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Step 4 Total: -$______________**

**5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance: $______________**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.




**JPMorgan Chase Bank, N.A. Member FDIC**



September 01, 2010 through September 30, 2010
Account Number: **000000907536395**




## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/20 | Card Purchase W/Cash 09/20 The Home Depot 472 Scottsdale AZ Card 9015 Purchase $27.14 Cash Back $50.00 | $77.14 |
| 09/22 | Card Purchase 09/20 The Home Depot 472 Scottsdale AZ Card 9015 | 39.20 |
| 09/23 | Card Purchase With Pin 09/23 Lowe's #1850 Scottsdale AZ Card 9015 | 92.00 |
| **Total ATM & Debit Card Withdrawals** | | **$208.34** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/08 | 09/08 Online Payment 886225213 To DC Ranch Mgmt 1064 | $188.75 |
| 09/09 | 09/09 Online Payment 885379250 To May Pool-95th St | 85.00 |
| 09/15 | 09/15 Online Payment 901532597 To Arizona Public Service | 67.73 |
| 09/30 | 09/30 Online Payment 918653342 To Arizona Public Service | 183.73 |
| **Total Electronic Withdrawals** | | **$525.21** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 09/01 | $9,843.30 |
| 09/08 | 7,004.55 |
| 09/09 | 6,919.55 |
| 09/15 | 6,851.82 |
| 09/20 | 6,774.68 |
| 09/22 | 6,735.48 |
| 09/23 | 6,643.48 |
| 09/30 | 6,459.75 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 4 |
| Deposits / Credits | 1 |
| Deposited Items | 1 |
| **Transaction Total** | **6** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $12.00 |
| Service Fee Credit | -$12.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |





This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

September 01, 2010 through September 30, 2010
Account Number: **000000907536767**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00062103 DRE 601 141 27410 - NNNNN T 1 000000000 64 0000

CHATTIES HOLDINGS II LLC
DEBTOR IN POSSESSION
CASE #1018464
15972 N 115TH WAY
SCOTTSDALE AZ 85255-8933




## CHECKING SUMMARY

Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$2,602.13** |
| Deposits and Additions | 1 | 5,200.00 |
| Checks Paid | 1 | - 2,021.60 |
| Electronic Withdrawals | 1 | - 166.03 |
| **Ending Balance** | 3 | **$5,614.50** |

Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/07 | Deposit 144344466 | $5,200.00 |
| **Total Deposits and Additions** | | **$5,200.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1005 ^ | | 09/20 | $2,021.60 |
| **Total Checks Paid** | | | **$2,021.60** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.





## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

**1. Write in the Ending Balance shown on this statement:** **Step 1 Balance: $**______________

**2. List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**Step 2 Total: $**______________

**3. Add Step 2 Total to Step 1 Balance.** **Step 3 Total: $**______________

**4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Step 4 Total: -$**______________

**5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance: $**______________

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.




**JPMorgan Chase Bank, N.A. Member FDIC**





## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | 09/03 Online Payment 883762574 To Aviano Community Association | $166.03 |
| **Total Electronic Withdrawals** | | **$166.03** |




## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 09/03 | $2,436.10 |
| 09/07 | 7,636.10 |
| 09/20 | 5,614.50 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 1 |
| Deposits / Credits | 1 |
| Deposited Items | 1 |
| **Transaction Total** | **3** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $12.00 |
| Service Fee Credit | -$12.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |





This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

September 01, 2010 through September 30, 2010
Account Number: **000000873007876**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00060946 DRE 601 141 27410 - NNNNN T 1 000000000 64 0000

CHATTIES HOLDINGS IV LLC
DEBTOR IN POSSESSION
CASE #1018464
15972 N 115TH WAY
SCOTTSDALE AZ 85255-8933



## CHECKING SUMMARY

Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$2,957.64** |
| Deposits and Additions | 2 | 4,210.80 |
| Checks Paid | 1 | - 50.00 |
| Electronic Withdrawals | 2 | - 3,308.68 |
| Fees and Other Withdrawals | 1 | - 12.00 |
| **Ending Balance** | **6** | **$3,797.76** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/02 | Deposit | $3,200.00 |
| 09/28 | Deposit 353006895 | 1,010.80 |
| **Total Deposits and Additions** | | **$4,210.80** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1 ^ | | 09/07 | $50.00 |
| **Total Checks Paid** | | | **$50.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.





## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

**1. Write in the Ending Balance shown on this statement:** **Step 1 Balance: $______________**

**2. List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**Step 2 Total: $______________**

**3. Add Step 2 Total to Step 1 Balance.** **Step 3 Total: $______________**

**4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Step 4 Total: -$______________**

**5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance: $______________**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**








## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | 09/03 Online Payment 887736325 To Chase Home Finance | $3,058.68 |
| 09/03 | 09/03 Online Payment 883762575 To Windgate Ranch Hoa | 250.00 |
| **Total Electronic Withdrawals** | | **$3,308.68** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/30 | Service Fee | $12.00 |
| **Total Fees & Other Withdrawals** | | **$12.00** |

You can waive the monthly service fee on your Chase BusinessClassic account by maintaining an average checking balance of $5,000 or more during the statement period, linking this account to a qualifying Chase personal checking account or active Chase Business Credit Card, or conducting at least 5 debit card purchases each statement period. If you would like to understand more about your options, please visit any branch or call the number listed on this statement.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 09/02 | $6,157.64 |
| 09/03 | 2,848.96 |
| 09/07 | 2,798.96 |
| 09/28 | 3,809.76 |
| 09/30 | 3,797.76 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 1 |
| Deposits / Credits | 2 |
| Deposited Items | 2 |
| **Transaction Total** | **5** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $12.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$12.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$12.00** |





## Introducing
## Chase Loan for Hire!

**Get up to 2% Off Our Lowest Rates in Years with the First Loan that Rewards you for Growing Your Business**

**Part of our $10 Billion Business Lending Promise**

- .50% off for each new employee hired in 2010, up to 3
- Plus, get .50% off if you have a Chase business checking account

**Visit your local Chase branch or go to chase.com/LoanForHire today.**

Some restrictions, eligibility requirements, and fees may apply. All lines of credit are subject to credit approval by JPMorgan Chase Bank, N.A. Credit approval will depend on the credit profiles of the business and any guarantors, the line amount and the availability of property as collateral in which Chase can obtain first lien position. Businesses with annual sales revenues of $10 million or less are eligible. Offer applies to new lines of credit between $10,000 and $250,000 and to existing lines which are increased by $10,000 or more. Chase reserves the right to cancel this offer anytime without notice; however, this offer will still apply to lines that are already booked and applications for lines that are being processed prior to cancellation. Lines will be evidenced by Chase documentation for the Chase Business Line of Credit. Offer not valid in combination with any other lending offer. Lines must be opened by December 31, 2010 to be eligible for this offer. Chase may ask for additional information as borrower's request for credit is processed.

**Interest rate reduction for hiring new employees:** On or before December 31, 2010, borrower must provide certification satisfactory to Chase that borrower has (i) during the period beginning on June 29, 2010 and ending on December 31, 2010, increased the net number of persons employed by borrower and (ii) with respect to each such person, retained a completed Form I-9. Any interest rate reduction will become effective 14 to 30 days following Chase's receipt of borrower's certification. Chase will reduce the rate at which interest would otherwise accrue to the unpaid principal balance of the promissory note by 0.50% of each such net increase of person employed by borrower, up to three persons and a maximum interest rate reduction of 1.50%.

**Interest rate reduction for having Business checking:** If the Chase business checking account is ever closed, the additional 0.50% rate reduction will no longer apply.

Federal law requires all financial institutions to obtain, verify, and record information that identifies each person or business that opens an account.

© 2010 JPMorgan Chase Bank, N.A. Member FDIC. Equal Opportunity Lender.



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

September 01, 2010 through September 30, 2010
Account Number: **000000907536379**

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00062098 DRE 601 141 27410 - NNNNN T 1 000000000 64 0000
CHATTIES HOLDINGS VI LLC
DEBTOR IN POSSESSION
CASE #1018464
15972 N 115TH WAY
SCOTTSDALE AZ 85255-8933




## CHECKING SUMMARY

Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$972.29** |
| Deposits and Additions | 1 | 2,200.00 |
| Electronic Withdrawals | 3 | - 1,722.82 |
| Fees and Other Withdrawals | 1 | - 12.00 |
| **Ending Balance** | 5 | **$1,437.47** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | Deposit | $2,200.00 |
| **Total Deposits and Additions** | | **$2,200.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | 09/03 Online Payment 860504750 To Courtyards Market St. Condo Hoa | $251.00 |
| 09/09 | 09/09 Online Payment 886954603 To DC Ranch Mgmt 1064 | 88.75 |
| 09/10 | 09/10 Online Payment 887736326 To GMAC Mortgage | 1,383.07 |
| **Total Electronic Withdrawals** | | **$1,722.82** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/30 | Service Fee | $12.00 |
| **Total Fees & Other Withdrawals** | | **$12.00** |

You can waive the monthly service fee on your Chase BusinessClassic account by maintaining an average checking balance of $5,000 or more during the statement period, linking this account to a qualifying Chase personal checking account or active Chase Business Credit Card, or conducting at least 5 debit card purchases each statement period. If you would like to understand more about your options, please visit any branch or call the number listed on this statement.



September 01, 2010 through September 30, 2010
Account Number: **000000907536379**

# BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

**1. Write in the Ending Balance shown on this statement:** **Step 1 Balance: $**______________

**2. List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**Step 2 Total: $**______________

**3. Add Step 2 Total to Step 1 Balance.** **Step 3 Total: $**______________

**4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Step 4 Total: -$**______________

**5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance: $**______________

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.




**JPMorgan Chase Bank, N.A. Member FDIC**








## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 09/03 | $2,921.29 |
| 09/09 | 2,832.54 |
| 09/10 | 1,449.47 |
| 09/30 | 1,437.47 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 1 |
| Deposited Items | 1 |
| **Transaction Total** | **2** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $12.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$12.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$12.00** |





This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

September 01, 2010 through September 30, 2010
Account Number: **000000907536387**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00053673 DRE 601 141 27410 - NNNNN T 1 000000000 63 0000
CHING HWA INVESTMENTS LLC
DEBTOR IN POSSESSION
CASE #1018464
15972 N 115TH WAY
SCOTTSDALE AZ 85255-8933



## CHECKING SUMMARY

Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$5,436.99** |
| Deposits and Additions | 3 | 3,630.55 |
| ATM & Debit Card Withdrawals | 3 | - 244.02 |
| Electronic Withdrawals | 1 | - 252.55 |
| **Ending Balance** | 7 | **$8,570.97** |

Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/02 | Deposit | $1,850.00 |
| 09/08 | Deposit 733110784 | 1,728.90 |
| 09/22 | Card Purchase Return 09/20 The Home Depot 472 Scottsdale AZ Card 9007 | 51.65 |
| **Total Deposits and Additions** | | **$3,630.55** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | Card Purchase W/Cash 09/02 #00969 Albertsons Scottsdale AZ Card 9007 Purchase $15.29 Cash Back $100.00 | $115.29 |
| 09/20 | Card Purchase 09/18 The Home Depot 472 Scottsdale AZ Card 9007 | 72.22 |
| 09/23 | Card Purchase W/Cash 09/23 The Home Depot 472 Scottsdale AZ Card 9007 Purchase $6.51 Cash Back $50.00 | 56.51 |
| **Total ATM & Debit Card Withdrawals** | | **$244.02** |



September 01, 2010 through September 30, 2010
Account Number: **000000907536387**

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

**1. Write in the Ending Balance shown on this statement:** **Step 1 Balance: $**____________

**2. List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**Step 2 Total: $**____________

**3. Add Step 2 Total to Step 1 Balance.** **Step 3 Total: $**____________

**4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Step 4 Total: -$**____________

**5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance: $**____________

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**





## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | 09/03 Online Payment 883762589 To Marley Park Community Assoc | $252.55 |
| **Total Electronic Withdrawals** | | **$252.55** |




## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 09/02 | $7,286.99 |
| 09/03 | 6,919.15 |
| 09/08 | 8,648.05 |
| 09/20 | 8,575.83 |
| 09/22 | 8,627.48 |
| 09/23 | 8,570.97 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 3 |
| Deposits / Credits | 2 |
| Deposited Items | 2 |
| **Transaction Total** | **7** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $12.00 |
| Service Fee Credit | -$12.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |





## Introducing
## Chase Loan for Hire!

**Get up to 2% Off Our Lowest Rates in Years with the First Loan that Rewards you for Growing Your Business**

**Part of our $10 Billion Business Lending Promise**

- .50% off for each new employee hired in 2010, up to 3
- Plus, get .50% off if you have a Chase business checking account

**Visit your local Chase branch or go to chase.com/LoanForHire today.**

Some restrictions, eligibility requirements, and fees may apply. All lines of credit are subject to credit approval by JPMorgan Chase Bank, N.A. Credit approval will depend on the credit profiles of the business and any guarantors, the line amount and the availability of property as collateral in which Chase can obtain first lien position. Businesses with annual sales revenues of $10 million or less are eligible. Offer applies to new lines of credit between $10,000 and $250,000 and to existing lines which are increased by $10,000 or more. Chase reserves the right to cancel this offer anytime without notice; however, this offer will still apply to lines that are already booked and applications for lines that are being processed prior to cancellation. Lines will be evidenced by Chase documentation for the Chase Business Line of Credit. Offer not valid in combination with any other lending offer. Lines must be opened by December 31, 2010 to be eligible for this offer. Chase may ask for additional information as borrower's request for credit is processed.

**Interest rate reduction for hiring new employees:** On or before December 31, 2010, borrower must provide certification satisfactory to Chase that borrower has (i) during the period beginning on June 29, 2010 and ending on December 31, 2010, increased the net number of persons employed by borrower and (ii) with respect to each such person, retained a completed Form I-9. Any interest rate reduction will become effective 14 to 30 days following Chase's receipt of borrower's certification. Chase will reduce the rate at which interest would otherwise accrue to the unpaid principal balance of the promissory note by 0.50% of each such net increase of person employed by borrower, up to three persons and a maximum interest rate reduction of 1.50%.

**Interest rate reduction for having Business checking:** If the Chase business checking account is ever closed, the additional 0.50% rate reduction will no longer apply.

Federal law requires all financial institutions to obtain, verify, and record information that identifies each person or business that opens an account.

© 2010 JPMorgan Chase Bank, N.A. Member FDIC. Equal Opportunity Lender.