# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | JANE N CHANG |
| **Case Number:** | 2:10-bk-18464-GBN   **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 16, 2010 09:30 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## Matter:

CHAPTER 11 STATUS HEARING.

**R / M #:**   1 / 0

## Appearances:

JAMES PORTMAN WEBSTER, ATTORNEY FOR JANE N CHANG

## Proceedings:

THE COURT REMINDS COUNSEL TO CHECK ON THE PAPERS FOR RETENTION, AS AN ORDER HAS NOT BEEN SIGNED.  THE COURT ALSO STATES THAT IT HAS NOT SEEN A LISTING OF EXECUTORY CONTRACTS OR LEASES.

MR. WEBSTER RESPONDS THAT THE PROPERTIES ARE RENTED.

IT IS NOTED THAT THERE IS A PENDING STAY LIFT.

**THE COURT:  A BACK UP HEARING IS SET FOR JANUARY 18, 2011 AT 9:30 A.M., UNLESS A DISCLOSURE STATEMENT HEARING IS SET.**