# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | JANE N CHANG |
| **Case Number:** | 2:10-bk-18464-GBN  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, FEBRUARY 22, 2011 02:30 PM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## Matter:

1) CHAPTER 11 STATUS HEARING.
   R / M #:   1 / 0

2) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY U.S. BANK NATIONAL ASSOCIATION. (103 Via Poinciana St, Boca Raton, Florida 33487)(FR. 01-18)
   R / M #:   32 / 0
   **VACATED:   PER STIPULATION TERMINATING THE AUTOMATIC STAY AT DOCKET #56**

## Appearances:

JAMES PORTMAN WEBSTER, ATTORNEY FOR JANE N CHANG

## Proceedings:

ITEM #2
VACATED.

ITEM #1
THE COURT MENTIONS THAT SCHEDULE "G" NEEDS TO BE AMENDED AND GOES ON TO STATE THAT IT DID NOT SEE WHERE COUNSEL WAS RETAINED.

MR. WEBSTER ASSURES THAT THERE WILL BE COMPLIANCE AND THAT THE MATTERS WILL BE TAKEN CARE OF.

**THE COURT:  COUNSEL IS REMINDED TO GET THE PAPERS LODGED RIGHT AWAY, ADDING THAT ANY NUNC PRO TUNC HAS TO BE NOTICED RIGHT AWAY.  A CONTINUED HEARING IS SET FOR APRIL 1, 2011 AT 2:30 P.M., WHICH MAY BE VACATED IN FAVOR OF A DISCLOSURE STATEMENT HEARING.**